Submitted on petition for review filed August 29, petition for review allowed; decision of Court of Appeals vacated, and case remanded to Court of Appeals for reconsideration October 26, 1995
See 139 Or App 165, 911 P2d 948 (1996)

In the Matter of the Compensation of
Kerment T. Verner, DCD, Claimant.

LIBERTY NORTHWEST INSURANCE CORPORATION
and Glenbrook Nickel Co.,
*Respondents on Review,*

*v.*

Barcy VERNER,
Beneficiary of Kerment C. Verner, Deceased,
*Petitioner on Review.*

(WCB 93-10270; CA A85511; SC S42555)
904 P2d 171

James L. Edmunson, of Malagon, Moore, Johnson & Jensen, Eugene, filed the petition for petitioner on review.

E. Jay Perry, of Employers Defense Counsel, Eugene, filed a response for respondents on review.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *Garcia v. Boise Cascade Corp.*, 309 Or 292, 787 P2d 884 (1990).